IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH CAPUTO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 14-6089 |
| CITY OF PHILADELPHIA, et al. | : | |

## ORDER

AND NOW, this 6th day of March 2015, upon consideration of Defendants' Motion to Set Aside Default (ECF Doc. No. 12), and Plaintiff's Response (ECF Doc. No. 13), it is **ORDERED** that:

1. Defendants' Motion is **GRANTED**.

2. Defendants' Answer (ECF Doc. No. 11) is accepted.

3. The Clerk of Court shall **VACATE** the entry of default against all Defendants.

4. The damages hearing scheduled for March 12, 2015, is **CANCELLED**.

5. The Order setting a damages hearing for March 12, 2015 (ECF Doc. No. 9), is **VACATED**.

_____
KEARNEY, J.