IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH CAPUTO, : | : | CIVIL ACTION |
| Plaintiff, : | : | |
| : | : | |
| v. : | : | NO. 14-6089 |
| : | : | |
| CITY OF PHILADELPHIA, et al., : | : | Jury Trial Demanded |
| Defendants. : | : | |

**DEFENDANTS' AMENDED ANSWER TO PLAINTIFF'S
COMPLAINT WITH AFFIRMATIVE DEFENSES**

Defendants, The City of Philadelphia, Charles Ramsey, Christian Fenico, and Louis Campione, through the undersigned counsel, hereby respond to Plaintiff's Complaint as follows:

1. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

2. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

3. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

4. Upon information and belief, Denied.

5. Admitted.

6. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

7. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

8. Denied. This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

9. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

10. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

11. Upon information and belief, Denied.

12. Upon information and belief, Denied.

13. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

14. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

15. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

16. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

17. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

18. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

19. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

20. Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

21. Denied.

22. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

23. Denied.

24. Denied.

25. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

26. Denied.

27. Denied.

28. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

29. Denied.

30. Denied.

31. Denied. Answering Defendant is without sufficient knowledge or information to form a belief as to the truthfulness of the averments contained in this paragraph.  Strict proof thereof is demanded at the arbitration or trial of this matter.

32. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

33. Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

34. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

35. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

36. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

37. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

38. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

39. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

40. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

41. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

42. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

43. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

44. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

45.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

46.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

47.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

48.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

49.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

50.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

51.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

52.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

53.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

54.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

55.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

56.     Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

57. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

58. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

59. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

60. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

61. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

62. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

63. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

64. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

65. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

66. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

67. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

68. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

69. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

70. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

71. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

72. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

73. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

74. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

75. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

76. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

77. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

78. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

79. Denied. This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

80. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

81. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

82. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

83. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

84. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

85. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

## COUNT I

86. Answering Defendant incorporates by reference their answers to paragraphs1-85, inclusive, as though fully set forth herein.

86. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

87. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

88. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

89. Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT II

90. Answering Defendant incorporates by reference their answers to paragraphs1-89, inclusive, as though fully set forth herein.

91. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

92. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

93. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

94. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

95. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

96. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

97. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

98. Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

99. Denied.  This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

100.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

101.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

102.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT III

103.	Answering Defendant incorporates by reference their answers to paragraphs 1-102, inclusive, as though fully set forth herein.

104.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

105.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT IV

106.	Answering Defendant incorporates by reference their answers to paragraphs1-105, inclusive, as though fully set forth herein.

107.	Denied.  This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response.  Strict proof thereof is demanded at the trial of this matter.

108. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT V

109. Answering Defendant incorporates by reference their answers to paragraphs 1-108, inclusive, as though fully set forth herein.

110. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

111. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

## COUNT VI

112. Answering Defendant incorporates by reference their answers to paragraphs 1-109, inclusive, as though fully set forth herein.

113. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

114. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

115. Denied. This paragraph contains conclusions of law to which the Rules of Civil Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

116. Denied. This paragraph contains conclusions of law to which the Rules of Civil

Procedure require no response. Strict proof thereof is demanded at the trial of this matter.

**WHEREFORE**, the Answering Defendants deny that they are liable on the cause of action declared herein, and demand judgment in their favor plus interest and costs.

Date: _____ _____ mvm6856
**MARK V. MAGUIRE**
Divisional Deputy City Solicitor
14th Floor, One Parkway Building
1515 Arch Street
Philadelphia, PA 19102-5397

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Answering defendant assert all of the defenses, immunities, and limitations of damages available to him under the "Political Subdivision Tort Claims Act" and aver that Plaintiff's remedies are limited exclusively thereto.  Act of Oct 5, 1980, No. 142, P.L. 693, 42 Pa. C.S.A. § 8541 et seq.

### THIRD AFFIRMATIVE DEFENSE

Answering Defendant is immune from liability under the doctrine of qualified immunity.

### FOURTH AFFIRMATIVE DEFENSE

The plaintiff has suffered no legally cognizable injury, harm, loss, or damage upon which relief can be granted.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred, in whole or in part, to the extent that she has failed to take reasonable measures to mitigate any or all damages.

### SIXTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred, in whole or in part, insofar as Answering Defendant's purported actions or omissions were not the proximate cause of any alleged injury, loss, or damage incurred by the plaintiff.

### SEVENTH AFFIRMATIVE DEFENSE

At all times material to this civil action, Answering Defendant has acted in a reasonable, proper, and lawful manner.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable Statute of Limitations.

**WHEREFORE**, answering Defendant denies that he is liable upon all causes of action declared upon and demand judgment in his favor, plus interest and costs.

Date: _____                    _____mvm6856
                                          **MARK V. MAGUIRE**
                                          Divisional Deputy City Solicitor
                                          14th Floor, One Parkway Building
                                          1515 Arch Street
                                          Philadelphia, PA  19102-5397

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RALPH CAPUTO,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | **NO. 14-6089** |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I do hereby certify that service of a true and correct copy of defendant's Answer with Affirmative Defenses has been made available to the following individuals on the PACER ECF ssystem:

David M. Rapoport, Esquire
1500 JFK Blvd, Suite 1442
Philadelphia PA 19102


Date: _____                        _____mvm6856
                                             **MARK V. MAGUIRE**
                                             Divisional Deputy City Solicitor
                                             14th Floor, One Parkway Building
                                             1515 Arch Street
                                             Philadelphia, PA  19102-5397